IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GS HOLISTIC, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>SMOKERS WORLD INC d/b/a SMOKIN DEALS and SUNNY DINESHKUMAR PATEL,<br><br>      Defendants. | Case No. 2:23-cv-01042-LA<br><br>Judge Lynn Adelman |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT
AGAINST DEFENDANTS**

The Plaintiff, GS HOLISTIC, LLC, by and through its attorney, RYAN S. FOJO, makes this request for entry of a default judgment pursuant to Rule 55(b) against Defendants, SMOKERS WORLD INC d/b/a SMOKIN DEALS and SUNNY DINESHKUMAR PATEL, and in support thereof states as follows:

1. The Plaintiff filed its Complaint against the Defendants on August 5, 2023. [DE 1].

2. On September 13, 2023, the Defendant SMOKERS WORLD INC d/b/a SMOKIN DEALS, and, on September 13, 2023, the Defendant, SUNNY DINESHKUMAR PATEL, were served with the Complaint and Summons [DE 4,5].

3. On October 19, 2023, the Plaintiff filed a Motion for Entry of Clerk's Default against the Defendants, SMOKERS WORLD INC d/b/a SMOKIN DEALS and SUNNY DINESHKUMAR PATEL, which was subsequently granted on October 20, 2023. *See* [DE 7].

4. The Plaintiff thus moves for entry of default judgment pursuant to Fed. R. Civ. P. 55(b).

5. In support of the motion, Plaintiff submit the following certifications:

Exhibit A: Affidavit of Attorney Ryan S. Fojo, as to docket review and costs expended.

Exhibit B: Affidavit of Christopher Folkerts, Chief Executive Officer of GS Holistic, LLC, as to statutory damages.

Exhibit C: Affidavit of Christopher Folkerts, Chief Executive Officer of GS Holistic, LLC, as to value of damages

Exhibit D: judgment in GS Holistic, LLC. v. Envirocure, LLC. and, Hassan Abid (22-cv-60463-BLOOM/Valle) for $151,147.89 in statutory damages.

Exhibit E: judgment in GS Holistic, LLC. v. One Stop Vape et al (2:22-cv-04628-SVW-AGR) for $225,000 in statutory damages and $1,482 in costs.

Exhibit F: judgment in GS Holistic, LLC. v. Cali Smoke Depot LLC et al (2:22-cv-06679-SPG-KS) for $150,000 in statutory damages and $1,0999.86 in costs.

Exhibit G: judgment in GS Holistic, LLC. v. Bellair Cigarettes Inc et al One Stop Vape et al (2:22-cv-06363-GW-MRW) for $150,000 in statutory damages and $955.69 in costs.

Exhibit H: judgment in GS Holistic, LLC. v. Pyramids Wholesale et al (2:22-cv-04632-SPG-RAO) for $300,000 in statutory damages and $1,462 in costs.

THE TICKTIN LAW GROUP
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (561) 232-2222

Exhibit I: judgment in GS Holistic, LLC. v. Smoke Unlimited et al (1:22-cv-21254-FAM) for $250,000 in statutory damages and $563.41 in costs.

Exhibit J: judgment in GS Holistic, LLC. v. Abood Enterprise et al (1:22-cv-06161) for $150,000 in statutory damages and $817 in costs.

Exhibit K: Trademark registration certificates for the Plaintiff's Marks.

Exhibit L: Pictures of the infringing sale.

6. Plaintiff also submits and relies upon the Memorandum of Law in Support of Statutory Damages, in the amount of $150,000.00.

WHEREFORE, the Plaintiff requests default judgment against SMOKERS WORLD INC d/b/a SMOKIN DEALS and SUNNY DINESHKUMAR PATEL, in the amount of $150, 944.16.

Respectfully submitted,
*/s/ Ryan S. Fojo*
Ryan S. Fojo
IL Bar # 6305940
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Serv606@LegalBrains.com
Telephone: 561-232-2222
Attorney for the Plaintiff

3

THE TICKTIN LAW GROUP
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (561) 232-2222
Case 2:23-cv-01042-LA    Filed 10/31/23    Page 3 of 4    Document 8

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 31, 2023, the foregoing document was mailed via Certified USPS to Defendants to the addresses in the Service List.

                                                            */s/ Ryan S. Fojo*
                                                            Ryan S. Fojo

## SERVICE LIST

Smokers World Inc. d/b/a Smokin Deals
Owner: Sunny Dineshkumar Patel
8216 S 77TH ST,
Franklin, WI 53132

Sunny Dineshkumar Patel
8216 S 77TH ST,
Franklin, WI 53132