# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

GS HOLISTIC, LLC,
    Plaintiff

v.                          CASE NUMBER: 23-C-1042

SMOKERS WORLD INC. d/b/a SMOKIN DEALS and SUNNY DINESHKUMAR PATEL,
    Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that plaintiff shall recover from defendants, Smokers World Inc. and Sunny Dineshkumar Patel, jointly and severally, the amount of $20,000 plus costs of $497. Plaintiff is also granted a permanent injunction.

Approved:

11/9/2023                                                    Gina M. Colletti
Date                                                         Clerk

                                                                          /s/ Alexis H.
                                                                          (By) Deputy Clerk